| | | | |
|---|---|---|---|
| Com. v. Roberts [19] .. | 09/06/2016174 MAL (2016) | Denied | Pa.Super., 133 A.3d 759 |
| Com. v. Robinson .. | 08/10/2016177 MAL (2016) | Denied | Pa.Super., 141 A.3d 585 |
| Com. v. Rodriguez.. | 08/11/2016332 MAL (2016) | Denied | No. 896 EDA 2015 |
| Com. v. Ross ....... | 08/18/2016196 EAL (2016) | Denied | Pa.Super., 43 A.3d 523 |
| Com. v. Rugg ...... | 08/25/2016117 WAL (2015) | Denied | Pa.Super., 120 A.3d 387 |
| Com. v. Samuels ... | 09/07/2016209 EAL (2016) | Denied | |
| Com. v. Schenck ... | 08/30/2016229 EAL (2016) | Denied | |
| Com. v. Sheerer .... | 08/23/2016151 WAL (2016) | Denied | Pa.Super., 141 A.3d 595 |
| Com. v. Shields .... | 08/18/2016156 EAL (2016) | Denied | Pa.Super., 144 A.3d 200 |
| Com. v. Shlewiet [20] | 08/17/2016269 MAL (2016) | Denied | Pa.Super., 144 A.3d 213 |
| Com. v. Simmers ... | 08/11/2016309 MAL (2016) | Denied | Pa.Super., 145 A.3d 775 |
| Com. v. Smith...... | 08/29/2016259 MAL (2016) | Denied | Pa.Super., 136 A.3d 1025 |
| Com. v. Smith...... | 08/24/2016239 MAL (2016) | Denied | Pa.Super., 144 A.3d 189 |

19. Justice MUNDY did not participate in the consideration or decision of this matter.

20. Justice MUNDY did not participate in the consideration or decision of this matter.